[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15457

_____

D. C. Docket No. 03-00502-CV-RRA-W

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff-Appellee,

versus

RPH MANAGEMENT, INC.,
d.b.a. McDonald's,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 22, 2006)**

Before HULL and WILSON, Circuit Judges, and DUPLANTIER[*], District Judge.

---

[*]Honorable Adrian G. Duplantier, United States District Judge for the Eastern District of
Louisiana, sitting by designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the magistrate

judge's order dated September 2, 2005.

**AFFIRMED.**